In the Matter of the Claim of ELVIRA LIMONGELLI, Respondent, against MCGOLDRICK REALTY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of SARAH W. TOMICH, Respondent, against BEE LINE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.